```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

------------------------------X
KRISTEN DEVINE,

    Plaintiff,          Civil Action No. 2:12-CV-7390

v.

                            ORDER OF DISMISSAL

STEVEN SPENCER, et al

    Defendants.
------------------------------X

    The parties having notified the Court that this matter has been settled in its entirety,

    It is on this 18th day of September, 2013

    ORDERED that this matter is hereby dismissed.


                                      s/William J. Martini

                                 _____

                                 WILLIAM J. MARTINI, U.S.D.J.